**Order entered February 8, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-00825-CV

### CARL BENSON, Appellant

### V.

### JPMORGAN CHASE, Appellee

**On Appeal from the 116th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-10-11135-F**

## ORDER

The Court has before it appellant's February 5, 2013 second motion to extend time to amend his brief. The Court **GRANTS** the motion in part and **ORDERS** appellant to file his amended brief within thirty days of the date of this order. No further extensions will be granted absent a showing of exceptional circumstances.


/s/     ELIZABETH LANG-MIERS
JUSTICE